KSC/04.14.23

JST USAO # 2021R00758

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | CRIMINAL NO. RDB-22-0108 |
| v. | * | |
| | * | (Possession of a Firearm in a School |
| **GERALD DEAN,** | * | Zone, 18 U.S.C. § 922(q)(2); |
| | * | Forfeiture, 18 U.S.C. § 924(d), 21 |
| Defendant. | * | U.S.C. § 853(p), 28 U.S.C. § 2461(c)) |
| | * | |

*******

## SUPERSEDING INFORMATION

### COUNT ONE
**(Possession of a Firearm in a School Zone)**

The United States Attorney for the District of Maryland charges that:

On or about November 20, 2021, in the District of Maryland, the Defendant,

**GERALD DEAN**,

did knowingly and unlawfully possess a firearm, to wit, a Ruger Prescott LCP .380 caliber pistol, bearing serial number 371175727, that had moved in and affected interstate commerce, within a distance of 1,000 feet of the grounds of Katherine Johnson Global Academy (formerly Calverton Elementary/Middle School), a place that he knew or had reasonable cause to believe was a school zone.

18 U.S.C. § 922(q)(2)

## FORFEITURE

The United States Attorney for the District of Maryland further finds that:

1. Pursuant to Rule 32.2, Fed. R. Crim. P., notice is hereby given to the Defendant that the United States will seek forfeiture as part of any sentence in accordance with 18 U.S.C. § 924(d), 21 U.S.C. § 853(p), and 28 U.S.C. § 2461(c), in the event of the Defendant's conviction under Count One.

### Firearm and Ammunition Forfeiture

2. Upon conviction of Count One, the Defendant,

**GERALD DEAN**,

shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), any firearm or ammunition involved in the offense, including but not limited to:

   a. One Ruger Prescott LCP .380 caliber pistol, bearing serial number 371175727; and

   b. Approximately eight rounds of .380 Auto ammunition.

### Substitute Assets

3. Pursuant to 21 U.S.C. § 853(p) and 28 U.S.C. § 2461(c), if any of the property described above as being subject to forfeiture, as a result of any act or omission by the Defendant:

   a. cannot be located upon the exercise of due diligence;

   b. has been transferred or sold to, or deposited with, a third person;

   c. has been placed beyond the jurisdiction of the Court;

   d. has been substantially diminished in value; or

   e. has been comingled with other property which cannot be divided without difficulty,

it is the intent of the United States to seek forfeiture of any other property of the Defendant up to the value of the property charged with forfeiture in the paragraphs above.

18 U.S.C. § 924(d)
21 U.S.C. § 853(p)
28 U.S.C. § 2461(c)

_Erek L. Barron_/JST
Erek L. Barron
United States Attorney